**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

WILSON DOMINGO GUZMAN PEREZ,    )    Case No. ED CV 25-3140 FMO (ADS)
)
    Petitioner,    )
)
    v.    )    **ORDER RE: CASE STATUS**
)
WARDEN, et al.,    )
)
    Respondents.    )
    )

On December 15, 2025, the court granted petitioner's Ex Parte Application for a Temporary Restraining Order and ordered respondents to release petitioner forthwith. (See Dkt. 16, Court's Order of December 15, 2025, at 10). Petitioner was released that same day. (See Dkt. 17, Respondents' Notice of Release at 1). On December 23, 2025, the court granted petitioner's Application for a Preliminary Injunction. (See Dkt. 21, Court's Order of December 23, 2025, at 2). It is not clear to the court whether further relief is available, and if so, what that relief would be. Accordingly, IT IS ORDERED THAT:

1. The parties shall meet and confer no later than **May 6, 2026**, to discuss what, if anything, remains to be done with respect to the Petition (Dkt. 1).

2. Should the parties agree there is nothing further for the court to decide, they shall file a stipulation and proposed dismissal order no later than **May 8, 2026**.

3. If the parties disagree as to whether anything remains to be decided with respect to the

Petition, then the parties shall file a joint status report.  The status report shall, at a minimum, include the parties' positions on the following:  (1) what issues remain for decision; (2) with respect to each issue, whether both parties intend to stand on briefing already filed, and if so, pointing the court to the specific docket entries and page numbers that provide the relevant briefing on each of the issues that remain; (3) if either party believes further briefing is necessary, proposing a schedule for such briefing and lodging a proposed briefing order; and (4) whether the parties agree to consent to the assigned Magistrate Judge for all purposes.[1]  If mootness is one of the issues that remain for decision, the parties shall address the issue in the joint status report.  The parties' joint status report shall be filed no later than **May 8, 2026**.

4.  If the parties do not file a stipulation or joint status report by the deadlines set forth above, the court will deem that as consent that no further relief is available and dismiss the case without prejudice.

Dated this 28th day of April, 2026.

/s/
Fernando M. Olguin
United States District Judge

---

[1]  If the parties consent to the assigned Magistrate Judge, they may file a Consent to Magistrate Judge (form CV-11D) in lieu of a joint status report by the above deadline.