# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WILSON DOMINGO GUZMAN PEREZ,    )    Case No. ED CV 25-3140 FMO (ADS)
                                )
      Petitioner,    )
                                )
      v.    )    **ORDER RE: PETITION FOR WRIT OF HABEAS CORPUS**
                                )
WARDEN, et al.,    )
                                )
      Respondents.    )
                                )

Pursuant to the parties' Joint Proposed Grant of Petition and Entry of Judgment (Dkt. 31), IT IS ORDERED THAT:

1. Petitioner's Petition for Writ of Habeas Corpus **(Document No. 1)** is **granted in part** as set forth in this Order.  The Petition is granted as to petitioner's procedural due process claim.

2. Respondents shall not re-detain petitioner without providing petitioner with, at minimum, individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge.  Petitioner shall not be detained unless respondents demonstrate at a pre-deprivation hearing that petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case,

respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

3. Judgment shall be entered accordingly.

Dated this 12th day of May, 2026.

/s/

Fernando M. Olguin
United States District Judge