JS - 6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

WILSON DOMINGO GUZMAN PEREZ,       )       Case No. ED CV 25-3140 FMO (ADS)
                                   )
                Petitioner,        )
                                   )
        v.                         )       **JUDGMENT**
                                   )
WARDEN, et al.,                    )
                                   )
                Respondents.       )
_____)

Pursuant to the Order Granting Petition for Writ of Habeas Corpus, filed contemporaneously with the filing of this Judgment, IT IS ADJUDGED THAT:

1. Respondents shall not re-detain petitioner without providing petitioner with, at minimum, individualized notice describing the change in circumstances necessitating petitioner's arrest and/or detention, and a pre-deprivation bond hearing before an immigration judge. Petitioner shall not be detained unless respondents demonstrate at a pre-deprivation hearing that petitioner is a flight risk or a danger to the community, and that there are no combination of conditions that will reasonably assure petitioner's appearance and/or the safety of any other person in the community. If petitioner is again placed into detention in this District following proceedings in this case, respondents shall not transfer or remove petitioner from this District unless executing a final order of removal issued against petitioner.

2. The above-captioned action is dismissed without prejudice.

Dated this 12th day of May, 2026.

                                           /s/
                                   _____
                                   Fernando M. Olguin
                                   United States District Judge